COMFED SAVINGS BANK *v.* SKENDER SHEHU ET AL.
(12243)

DUPONT, C. J., HEIMAN and FREEDMAN, Js.

Argued December 7—decision released December 21, 1993

*William F. Gallagher,* with whom, on the brief, was *William R. Bowles,* for the appellants (named defendant et al.).

*Ann R. Stravalle-Schmidt,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.